IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01800-MSK-OES

AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

LRS CONSULTING SERVICES L.L.C.,
d/b/a MADELINE'S ON FILLMORE, a Colorado limited liability company,

    Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court on Plaintiff's Voluntary Notice of Dismissal Without Prejudice **(#5)** and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 18th day of January 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge